1

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA

LYNCHBURG

| | | |
|---|---|---|
| ARTHUR LEE HAIRSTON SR | * | CIVIL COMPLAINT No: 6:25CV110 |
| PLAINTIFF | * | JURY TRIAL DEMANDED |
| V. | * | TITLE VI VIOLATION RETALIATION |
| LIBERTY UNIVERSITY ET AL | * | TITLE II SECTION 504 OF |
| | * | THE REHABILITATION ACT OF 1973 |
| DEFENDANTS | * | FOURTEENTH AMENDMENT |
| | * | 41 U.S.C. 6503 BREACH OF CONTRACT |

**Averment One:** Based on the objective facts that I will list in this complaint, that cannot be disputed. It is clear that I have been discriminated against by Liberty University. The University failed to correct the Title VI violation; The Rehabilitation ACT OF 1973 Title II Section 504 violation; and the Fourteenth Amendments nondiscrimination clause. By the Disabilities Accommodations Department at Liberty University and Misty Dosio. Also, Wills Trust and Estates taught by Nicolas Andrews; Family law taught by Misty Dosio and Constitutional Law taught by Wesley Vorberger. It is a fact that up until Wills Trust and Estates; Family Law; and Constitutional Law I had a 3.7 grade average In all classes. All three teachers are a part of the Helms school of Law. I made straight A's and B's at Liberty. **_JURISDICTION_** This complaint is filed within the two year time frame.

CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED

DEC 10 2025

LAURA A. AUSTIN, CLERK
BY: C. Amos
DEPUTY CLERK

**Averment Two:** The reason for the retaliation is as follows. I exposed a false teaching in Wills Trust and Estates. A blog written by Professor Chrisman. That states Medicare and Social Security just might be the antithesis of the bible. See exhibit (I) Grades from Andrews a final point total of 775. See exhibit (II) from Dosio 664. All other classes at liberty point totals are 800 or above. My writing style did not change I was retaliated against. I have printed grade sheets from all other classes to prove the disparity in grading. A true disparity in grading retaliation.

**Averment Three:** God's word; There is no disputed fact that Liberty U can put forth. Liberty has the same Bible and verses I have listed in this averment three. Matthew 25:31-46: 31 "When the Son of Man comes in his glory, and all the angels with him, he will sit on his glorious throne. 32 All the nations will be gathered before him, and he will separate the people one from another as a shepherd separates the sheep from the goats. 33 He will put the sheep on his right and the goats on his left. 34 "Then the King will say to those on his right, 'Come, you who are blessed by my Father; take your inheritance, the kingdom prepared for you since the creation of the world. 35 For I was hungry and you gave me something to eat, I was thirsty and you gave me something to drink, I was a stranger and you invited me in, 36 I needed clothes and you clothed me, I was sick and you looked after me, I was in prison and you came to visit me.' 37 "Then the righteous will answer him, 'Lord, when did we see you hungry and feed you, or thirsty and give you something to drink? 38 When did we see you a stranger and invite you in, or needing clothes and clothe you? 39 When did we see you sick or in prison and go to

visit you?' 40 "The King will reply, 'Truly I tell you, whatever you did for one of the least of these brothers and sisters of mine, you did for me.' 41 "Then he will say to those on his left, 'Depart from me, you who are cursed, into the eternal fire prepared for the devil and his angels. 42 For I was hungry and you gave me nothing to eat, I was thirsty and you gave me nothing to drink, 43 I was a stranger and you did not invite me in, I needed clothes and you did not clothe me, I was sick and in prison and you did not look after me.' 44 "They also will answer, 'Lord, when did we see you hungry or thirsty or a stranger or needing clothes or sick or in prison, and did not help you?' 45 "He will reply, 'Truly I tell you, whatever you did not do for one of the least of these, you did not do for me.' 46 "Then they will go away to eternal punishment, but the righteous to eternal life."

**Averment Four:** It is clear that this teaching about Social Security and Medicare is patently false and a product of the Republican project 2025. Students must never be exposed to this type of teaching or retaliatory conduct. That was forced on students. Retaliation is illegal so is coercion in the form of intentionally giving inferior grades to an honor student. I have a plethora of other evidence to prove the violations of my rights under the above cause of listed actions.

Department of Justice Section VIII- Proving Discrimination-Retaliation Title VI. It is well-settled that Title VI supports retaliation claims. See, e.g., Peters v. Jenney, 327 F.3d 307, 318 (4th Cir. 2003); Chandamuri v. Georgetown Univ., 274 F. Supp. 2d 71, 83 (D.D.C. 2003); Gutierrez v. Wash. Dep't of Soc. & Health Servs., CV-04-3004-RHW, 2005 WL 2346956, at *5 (E.D. Wash. Sept. 26, 2005). When a

person reasonably believes that he or she has been the victim of discrimination that Title VI or other federal law prohibits.

Title VI It is well-settled that neither an agency nor a court need find that the underlying conduct about which the individual complained is discriminatory in order for the retaliation protection to attach. Wyatt v. City of Boston, 35 F.3d 13, 15 (1st Cir. 1994) ("[T]here is nothing [in the wording of the participation clause] requiring that the charges be valid, nor even an implied requirement that they be reasonable."); accord Ray v. Ropes & Gray LLP, 961 F. Supp. 2d 344, 358 (D. Mass. 2013) (quoting Wyatt), aff'd, 799 F.3d 99 (1st Cir. 2015); Slagle v. Cty. of Clarion, 435 F.3d 262, 268 (3d Cir. 2006); Brower v. Runyon, 178 F.3d 1002, 1006 (8th Cir. 1999) ("The underlying charge need not be meritorious for related activity to be protected under the participation clause.") (citing Filipovic v. K & R Express Sys., Inc., 176 F.3d 390, 398 (7th Cir. 1999)).

Title VI No recipient or other person shall intimidate, threaten, coerce, or discriminate against any individual for the purpose of interfering with any right or privilege secured by [Title VI], or because he has made a complaint, ect..

**Averment Five:** Liberty University through Wesley Vorberger the Accommodation Department and Misty Dosio discriminated against me. In violation of the law concerning disabled students. The policy that Liberty U. has in place is violative of the principles of the constitution and the law. See exhibit (III) that shows my A paper was rejected for not even a day late. I am a disabled student veteran proven so to Liberty U, Vorberger, and Dosio at the time. But still even

though the fact of this proof you Liberty and Vorberger and Dosio refused to correct your obvious discrimination. See exhibit (IV) the actual grades transcript showing zero out of 220 the final Quiz. That caused me to lose an A grade. Also see exhibit (III) the actual complaint made against Vorberger. The protections of Section 504 and Title II apply to people with disabilities. Bottom line discrimination.

Title II section 504 of the Rehabilitation Act of 1973 and other Federal statutes that prohibit discrimination on the basis of disability in the programs and activities of recipients of Federal financial assistance;

**Averment Six:** It is abundantly clear by direct objective fact evidence. That Liberty U., Dosio; the office of Accommodations and Vorberger directly discriminated against me. As a student and a person with disabilities. In that accommodations were in place in the fall of 2024 see exhibit (V). That allowed written discussion assignments to be turned in late. When I applied for accommodations on October 4, 2024, all accommodations were in place exhibit (V). Then on October 24, 2024, Dosio informed me that I no longer could turn in discussion assignments late. Now at this point I had not at that time heard anything from the office of accommodations.

After that the office of accommodations sent out exhibit (VI) with no date of generation just Fall 2024. The trouble with this is. Liberty as I explained in my complaint can apply the change to anyone going forward but me. Also, not to others who had a contract in place at the start of the fall of 2024. That stated, "extended time to turn in written assignments". Exhibit (VI) was not a part of the original

contract. If it were it would have been in the signed agreement. Applying an unsigned notice going forward violates 504 section II, peoples with disabilities. Also, 41 U.S.C. 6503 breach of contract. The protections of Section 504 and Title II apply to. people with disabilities. 41 U.S. Code § 6503 Breach or violation of required contract terms.

**Averment Seven:** The ones named have violated my rights as a student first and foremost and as a citizen disabled veteran. Nicolas Andrews; Misty Dosio; and Liberty U. and Wesley Vorbeger refused to apply Title II section 504 to a half a day late final assignment knowing it would hurt an honest disabled student veteran. Liberty U. et al retaliated against me as a believer in Jesus/God for standing up against a patiently false teaching doctrine.

Then Liberty et al violated my right to the valid contract accommodations. I have had to transfer to another school National American University. Where I made two A's and the Presidents list for the Spring 2025 see exhibit (VII). To get away from not being treated fairly. This has caused me great harm. I am having to stay in school longer and pay out of pocket for classes.

I am now at Marshall University where I made an A and B, for two Fall 2025 classes See exhibit (VIII).. Being disabled and having to deal with the listed violations has caused me great harm as a black student honorably discharged USAF citizen disabled veteran. As the Plaintiff, the actions of the defendant has caused harm in that I have had to change my paralegal bachelor's degree to an RBA degree

in Criminal Justice with emphasis in Legal. See exhibit (IX). I tried to reason with Liberty U. before filing suit. See Notice and Dmand letter exhibit (X).

## REMEDY

I seek remedy for having to leave Liberty U. and lose credits. Having to stay in school longer. Due to the listed actions and violations and the harm caused by Liberty U.. The defendants knew or should have known that the listed action were illegal. They are very serious unlawful violations against Liberty U. et al. As a verified disabled person. I ask to be made whole monetarily for the monies being spent. For the duplicitous credits I have to make up. And for the serious unnecessary harm caused by educators who know better. In the amount of _Two million Dollars_ from Liberty University.

*Arthur L Hairston Sr*

ARTHUR LEE HAIRSTON SR

521 West Race Street

Martinsburg WV 25401

Address Named Defendants:

Liberty University

1971 University Boulevard

Lynchburg VA 24515

## Service

I Arthur Lee Hairston Sr. do hereby certify that the above complaint with the in forma pauperis application and exhibits I through IX, the civil cover sheet with the civil summons was sent the District Court Western District of Virginia

Lynchburg at 1101 Court Street Suite A66 Lynchburg, VA 24504 by U.S. First Class Mail this **3rd** day of December 2025.      ARTHUR LEE HAIRSTON SR