| Name | Due | Submitted | Status | Score |
|---|---|---|---|---|
| **Quiz: Case Study: Probate Process**<br>Assignments | Jul 29, 2024 by 11:59pm | | | 28.33 / 50 |
| **Quiz: Probate Process**<br>Assignments | Aug 5, 2024 by 11:59pm | | | 70.4 / 100 |
| **Discussion Thread: Is Estate Tax Biblical?**<br>Assignments | Aug 12, 2024 by 11:59pm | Aug 7, 2024 at 2:28pm | | 88 / 100 |
| **Quiz: Case Study: Tax Issues & Trust**<br>Assignments | Aug 12, 2024 by 11:59pm | | | 23.75 / 50 |
| **Quiz: Trusts & Estate Planning**<br>Assignments | Aug 16, 2024 by 11:59pm | | | 75.2 / 100 |
| **Assignments** | | | | 775.38 / 1,010.00 |
| **Total** | | | 775.38 / 1,010.00 | 775.38 / 1,010.00 |

*Exhibit Andrews (I)* (handwritten)

# Grades for Arthur Hairston

*Exhibit (II)*

*Dosio*

*1 0F2*

🖶 **PRINT GRADES** (JAVASCRIPT:WINDOW.PRINT())

| Course | Arrange By | |
|---|---|---|
| PLST340: Family Law (D01 ⌄ | Due Date ⌄ | Apply |

**Assignments**    Learning Mastery

| Name | Due | Submitted | Status | Score | |
|---|---|---|---|---|---|
| **Course Requirements Checklist** Assignments | Oct 23, 2024 by 11:59pm | Oct 21, 2024 at 8:59am | | 10 / 10 | |
| **Discussion Thread: Paralegal Duties and Cohabitation** Assignments | Oct 28, 2024 by 11:59pm | Oct 25, 2024 at 10:30pm | | 76 / 100 | 📋 💬1 |
| **Short Answer Assignment** Assignments | Oct 28, 2024 by 11:59pm | Oct 25, 2024 at 10:33pm | | 16 / 45 | 📋 💬1 |
| **Short Essay: Parentage Assignment** Assignments | Nov 4, 2024 by 11:59pm | Nov 4, 2024 at 8:30pm | | 49 / 75 | 📋 💬1 |
| **Discussion Thread: Annulment and Jurisdiction** Assignments | Nov 11, 2024 by 11:59pm | Nov 12, 2024 at 11:02am | (late) | 60 / 100 | 📋 💬1 |
| **Quiz: Marriage, Parenthood, and Dissolution** Assignments | Nov 11, 2024 by 11:59pm | Nov 11, 2024 at 10:39pm | | 36 / 60 | |
| **Short Essay: Discovery Assignment** Assignments | Nov 18, 2024 by 11:59pm | Nov 17, 2024 at 7:18pm | | 43 / 75 | 📋 💬1 |
| **Discussion Thread: Child Custody and Support** Assignments | Nov 25, 2024 by 11:59pm | Nov 20, 2024 at 6:32pm | | 69 / 100 | 📋 💬1 |

| Name | Due | Submitted | Status | Score | |
|---|---|---|---|---|---|
| **Quiz: Discovery, Child Custody, and Child Support** Assignments | Nov 25, 2024 by 11:59pm | Nov 25, 2024 at 4:23pm | | 46 / 60 | *Dosio (FI)* |
| **Short Essay: Property Distribution in Dissolution Assignment** Assignments | Dec 2, 2024 by 11:59pm | Dec 2, 2024 at 8:15am | | 42.5 / 75  *20 F 2 .0* | 💬 1 |
| **Discussion Thread: Cohabitation Agreements and Premarital Agreements** Assignments | Dec 9, 2024 by 11:59pm | Dec 9, 2024 at 8:02am | | 53 / 100 | 💬 1 |
| **Quiz: Dissolution and Cohabitation** Assignments | Dec 9, 2024 by 11:59pm | Dec 9, 2024 at 5:29pm | | 44 / 60 | |
| **Quiz: Final** Assignments | Dec 13, 2024 by 11:59pm | Dec 13, 2024 at 5:54pm | | 120 / 150 | 💬 1 |
| **Assignments** | | | | | 664.50 / 1,010.00 |
| **Total** | | | | 664.50 / 1,010.00 | 664.50 / 1,010.00 |

| 08-19-2024 10:29PM | Final Grade Appeals - PLST 320-D01 | Wesley Vorberger | Original Grade: | C | Decision Grade: | Term: | 202430 | Status: | Denied |

*Exhibit (III)*

**Complaint:**

My final assignment was 1 day late the below evidece email by Mr. Vorberger was sent on a friday never saw it. We as students must be given the same 72 hour courtesy in reviewing email we have other duties just like teachers. Below is evidece that i am being discriminated against. I am a student at Liberty I ask that my paper in all fairness be accepted as late to satisfy equal fairness and equal treatment.

Aug 19 at 8:13am
Mr. Hairston, the class closed last Friday. Unfortunately, I cannot accept this assignment. There were multiple emails sent about this.
- Wesley Vorberger

I asked Mr. Vorberger to correct this I did not see the email all my other assignments were submitted on time. If Mr. Vorberger wanted everything in week 8 submitted by the 16th he should of given us fair notice through syllabus. Right is right wrong is wrong Vorberger is wrong. Below is our conversation about this and what he said to this 69-year-old Black student with eye damage spinal stenosis and diabetes... More

**Preferred Outcome:**

That under fairness and equal treatment in teaching. That my paper be accepted as late to comport with equal protection and due process. The instruction to submit all assignments by Friday must be placed in a syllabus not an email on a friday at the end of course 2 days before the next week starts. Thank you all I want is to be treated fairly by the University I love Liberty U.

**Decision:**

Appeal is denied. The faculty member followed Liberty University's published policy for late work. The student provides documentation that he has disability status with the Department of Veterans Affairs. If there is evidence that the student has an ODAS accommodation in this course which would have permitted him additional time after the last day of class to submit his assignment, the student may present that information. The student also provides documentation that he was under a doctor's care in March 2019. If the student was under a doctor's care at the close of this course and provides documentation to this effect, his faculty member may be willing to justify an exception to the university's late policy.

**Uploaded Documents:**

 **LIBERTYFOR LIBERTY AND VORBERGER.pdf**
176.5 kB

08-23-2024
5:25 PM
Arthur
Hairston

This is my proof this appeal is taken in good

# Grades for Arthur Hairston

Vorberger Exhibit (IV)

1 of 2

🖶 **PRINT GRADES (JAVASCRIPT:WINDOW.PRINT())**

| Course | Arrange By | |
|---|---|---|
| PLST320: Constitutional L: ⌄ | Due Date ⌄ | Apply |

**Assignments**    Learning Mastery

| Name | Due | Submitted | Status | Score | |
|---|---|---|---|---|---|
| **Course Requirements Checklist** Assignments | Jun 26, 2024 by 11:59pm | Jun 24, 2024 at 9:24am | | 10 / 10 | |
| **Discussion Thread: Rule of Law and Federalism** Assignments | Jun 28, 2024 by 11:59pm | Jun 25, 2024 at 11:35am | | 69 / 75 | 📋 💬1 |
| **Case Analysis Assignment** Assignments | Jul 8, 2024 by 11:59pm | Jul 1, 2024 at 2:26pm | | 84 / 95 | 📋 💬1 |
| **Discussion Thread: Separation of Powers** Assignments | Jul 12, 2024 by 11:59pm | Jul 10, 2024 at 5:44pm | | 65 / 75 | 📋 - 💬1 |
| **Quiz: Judicial and Congressional Powers** Assignments | Jul 15, 2024 by 11:59pm | Jul 14, 2024 at 12:41pm | | 36 / 45 | |
| **Short Essay: Executive Branch Powers Assignment** Assignments | Jul 22, 2024 by 11:59pm | Jul 17, 2024 at 2:13pm | | 108 / 125 | 📋 - 💬1 |
| **Discussion Thread: Executive Branch Powers** Assignments | Jul 26, 2024 by 11:59pm | Jul 22, 2024 at 8:37pm | | 71 / 75 | 📋 💬1 |
| **Quiz: Executive Powers and Federalism** Assignments | Jul 29, 2024 by 11:59pm | Jul 28, 2024 at 5:05pm | | 39 / 45 | |

| Name | | Submitted | Status | |
|---|---|---|---|---|
| **Short Essay: Establishment Clause Assignment** <br> Assignments | Aug 5, 2024 by 11:59pm | Jul 31, 2024 at 11:45pm | 113.5 / 125 | |
| **Discussion Thread: Establishment Clause** <br> Assignments | Aug 9, 2024 by 11:59pm | Aug 6, 2024 at 10:26pm | 75 / 75 | |
| **Quiz: The First Amendment and Individual Liberties** <br> Assignments | Aug 12, 2024 by 11:59pm | Aug 12, 2024 at 7:16pm | 33.75 / 45 | |
| **Quiz: Due Process and Criminal Justice** <br> Assignments | | Aug 18, 2024 at 1:39pm | 0 / 220 | |
| **Assignments** | | | | 704.25 / 1,010.00 |
| **Total** | | | 704.25 / 1,010.00 | 704.25 / 1,010.00 |

*Vorberger*

IV
2 OF 2

Accommodation Letter sent at 2024-08-30 16:29:53

Exhibit (V)
1 of 2

Send Notification

Subject

LUO Academic Accommodations Acceptance and Responsibilities Letter-
Additional Information Needed

### Academic Accommodations and Responsibilities Acceptance Form

Arthur,

After a thorough review of your request and documentation, the Office of
Disability Accommodation Support (ODAS) Staff approves the following
reasonable accommodations to create equal program access in your Liberty
University courses.

Arthur Hairstonis approved for the following accommodations:

- LUO/50% extended test time

    LUO/Extended time to turn in assignments

The following accommodation(s) that you requested have been **denied**:

- LUO/100% (Double) Extended test time

This request was denied for the following reasons:

The submitted documentation does not recommend double (100%) extended
time on test and quizzes.

If you wish to have our office reevaluate this decision, you must resubmit
medical documentation that supports this request. Requirements for
documentation can be found on our webpage.

**Please read below for your responsibilities as a student registered with the
Office of Disability Accommodation Support (ODAS).**

ODAS uses a web-based management system, Accommodate, to manage your
accommodations. To access Accommodate, go to https://liberty-
accommodate.symplicity.com/, and use your Liberty University username and
password to log in.

You can utilize Accommodate to view your accommodations, request
accommodation letters, schedule appointments with staff, and more. There is
also a resource library that will be updated to include helpful information!

It is your responsibility as a student to sign this letter as an acknowledgment of your approved accommodations and all other policies and forms related to your accommodations. The Academic Accommodations Acceptance Form contains the accommodations you have been approved to receive and your responsibilities for receiving them each term. You can view this form by clicking the link in the attachment window at the bottom of this letter.

By providing your electronic signature to this letter, you understand that you:

- Agree to the terms of the attached Academic Accommodations Acceptance Form in its entirety.
- Are encouraged to maintain good communication with your professor regarding your accommodations and any needs that may arise throughout your course. This can include, but is not limited to, medical emergencies, further clarification on assignment instructions, etc.
- Must notify ODAS staff immediately if your situation or need for accommodations changes.

**Semester/Term Requests**

It is your responsibility to submit a Semester/Term Request for **each term** that you are using your accommodations. Accommodations are not retroactive, so it is best practice to submit your request at the start of the term.

**To submit a semester/term request:** Log in > Select Accommodation > Select Semester/Term Request > Select add new> Select the semester > Select Submit for all OR select Review to select which courses you want to utilize accommodations in.

Please Note:

- Once a semester request is submitted, a copy of your letter will be sent to both you and your faculty member to review via Accommodate. You will need to electronically sign each term to confirm that the correct accommodations have been sent to the correct instructors.
- If you add a new course after submitting a semester request, **you must submit a new request** in order for your accommodations to be sent to your new instructor.

**Your next steps:**

1. Provide your signature to this letter.
2. Submit a semester request.
3. Sign your semester request once it is approved by ODAS Staff.

If you have any questions about how an accommodation applies to your courses, or if you have questions about implementing accommodations, please contact ODAS as soon as possible. Students, faculty, and campus partners are encouraged to consult with ODAS staff to determine appropriate implementation.

# A02004-2024/Arthur Hairston/Extended time to turn in assignments

Exhibit (VI)

## Accessibility Accommodation

**Accommodation Type**

LUO/Extended time to turn in assignments

**Description**

\*\*\* DISCUSSION BOARD POSTS AND REPLIES ARE NO LONGER ELIGIBLE FOR EXTENSIONS DUE TO THEIR COLLABORATIVE NATURE. \*\*\* For longer assignments (i.e. research papers), the student is eligible to receive a minimum 3-day extension, not exceeding 7 days. The amount of time granted for this accommodation is up to the discretion of the professor. Assignment extensions for shorter assignments are 48 hours. The student must complete all group work, if applicable, by the original deadline except in the case of a documented medical emergency. The student must request additional time to complete an assignment prior to the assignment deadline. As a professor, you must work with the student to create a new deadline for the assignment and inform the student of the new due date. The student must complete the assignment by the new due date. After the new due date passes, if the student has not turned in the assignment, the late policy for the class may begin to be enforced. Unless at the discretion of the professor, academic accommodations cannot be backdated. This means that academic accommodations cannot be provided for any previous classes or assignments already completed, or assignment deadlines already passed. The student must request additional time for EACH assignment when additional time is needed as a result of his or her disability. (The student cannot make a blanket statement that additional time is needed for all assignments in the course.) Students must complete all coursework by the original deadline of the course. Academic Accommodations are not applicable after the last scheduled day of the course. Should a student seek an incomplete or extension for the class, the student must submit a request to the professor.

**Semester**

Fall 2024

**Courses**

Family Law (PLST 340 D01 D 8) , Introduction to Ethics (ETHC 101 D15 D 8)

**Case Manager**

**Cassia Redding**
credding3@liberty.edu

**Accommodation**

A02004-2024

**Documents**

No Documents

## LIBERTY U APPEAL

Exhibit VII

1 OF 3

Appeal Language that I tried to submit on appeal to the denial of my appeal in appeal # **1928647. The appeal site will not let me submit this.** So, I copied it and am now pasting it under evidence.

### APPEAL TO THE DENIAL

Because the evidence I submitted proves the chapter objectives in learning were never placed in 5 quizzes it was all will scenario questions from the two modules on wills. All the 50-point quizzes were this way 8 questions with 5 question scenario's in each of the 8 questions.

This is not teaching we cannot learn this way. When you study for chapter objective and key words from the chapters listed by module week. Then the teacher overrides the chapters listed and the learning objectives that is studied for. With things unstudied for this is outright hegemony discrimination and fraud. All quiz prompts must list how much time, what type of format and type of question, and what chapters are covered.

A student must not have to under due process email a teacher and ask what chapters are covered on the quiz. Bad enough we have to ask even worse is being lied too.

They were in a LSAT format. Like the documentation evidence shows. I did not learn anything except how not to be like Andrews and Vorberger. Deuteronomy 15:11. I could care less about Andrews or those that support rebelling against God.

2

Exhibit VII

2 of 3

That SSA Blog is not in line with the commands of my master Jesus Glory to God. God commands us to care for folk by commandment. Deuteronomy 15:11. Who should a disciple adhere to and emulate. God of course. Rebelling against God brings punishment the. I have hand cuffed myself as far as him and this situation so God can move and repay for the harm I suffered that Liberty will never fix. God will he is faithful to me Glory to God.

Slavery and inequality between the rich and poor white and black folk is the reason why SSA is messed up. Tell the whole truth don't get made when your teaching is challenged as rebelling against God which it is. I have given it to God and asked him to be merciful in whatever he decides to do about how my papers were butchered under subjectivity. That was used to override submitted objective fact papers based on what the objective assignment prompt asked for specifically.

When God gives us a command as grafted in believers, John chapter 15. All of the bible applies old and new God tells us not to support the cause of a liar no need to mention names. Exodus 23:1-2 a warning. Then for doing so Golden Calf punishment names blotted out of the book of life. Exodus 32:32-33 no one will be able to help God hates folk trying to take his place rebelling against him.

I love Liberty U and as a Disciple of God, Jesus Glory to God I care about souls

that's why I tell the truth as a Licensed Ordained Disciple Minister. Not one pe

I come into contact with who stands before Jesus on Judgement day will be able to

say they did not know. That following a liar and taking up his cause is right. I

belabor for Jesus. Come Quickly Lord Jesus


GOD desires mercy not sacrifice Jesus said find out what this means Glory to God.

Hosea 6:6 and Matthew 12:7. I ask that my grade be amended.

Exhibit VII

# NAU President's List Honor



Show more...

ident's List Honor is awarded to officially acknowledge academic excellence. The President's list is the highest level of academic
at National American University bestows to our enrolled students in associates, bachelor's, master's, and doctoral programs.
vs President Dr. Mathena to personally acknowledge and celebrate student achievement each term with the entire University
ity.

**Issuer** National American University

**Issued On** July 2 2025



# Marshall University

| | | | Degree progress | | |
|---|---|---|---|---|---|
| **Student name** | Hairston, Arthur L | | | | |
| **Student ID** | 903084050 | | **91%** | **100 %** | Overall GPA **3.51** |
| **Degree** | Regents Bachelor of Arts | | | | |
| **Audit date** | 11/06/2025  9:42 AM | | Requirements | Credits | |

**Level** Undergraduate  **Classification** Senior  **Major** Regents Bachelor of Arts (RBA)  **Program** Criminal Justice -- RBA  **Concentration** Criminal Justice -- RBA  **College** University College  **Property missing for studentHeader.custom.advrs** Andrew Gooding

# Degree in Regents Bachelor of Arts  [INCOMPLETE]

Credits required: 120    Credits applied:  130    Catalog year:  2025-2026    GPA: 3.51

✅ You meet the minimum GPA requirement

⭕ Your Marshall GPA is below 2.0, see an advisor.

◐ RBA Upper Level Requirements

✅ Major Requirements

**Blocks included in this block**
RBA Upper Level Course Requirement
Regent's Bachelor of Arts

# RBA Upper Level Course Requirement  [IN-PROGRESS]

Credits required: 30    Credits applied:  30    Catalog year:  2025-2026    GPA: 2.75

| | Course | Title | Grade | Credits | Term | Repeated |
|---|---|---|---|---|---|---|
| ◐ 30 UPPER DIVISION CREDIT HOURS | HST 303 | American Military History | REG | (3) | Fall 2025 | |
| | ART 481 | SpTp: Contemporary Art History | REG | (3) | Spring 2026 | |
| | ART 482 | Sp Tp: Art in America | REG | (3) | Spring 2026 | |
| | BSC 482 | SpTp: Drugs, Brain / Behavior | REG | (3) | Spring 2026 | |
| | CJ 426 | Civil Liability Issues CJ | REG | (3) | Spring 2026 | |
| | ENG 481 | SpTp: Bible as Literature | REG | (3) | Fall 2025 | |
| | PSC 446 | *Politics in Hist (HIUS 341) | A. | 3 | Fall 2025 | |
| | **Satisfied by:** | - Liberty University | | | | |
| | RST 3XX | *Unclassified (BIBL 323) | A. | 3 | Fall 2025 | |
| | **Satisfied by:** | - Liberty University | | | | |
| | UNC 3XX | *Unclassified (PLST 340) | D. | 3 | Fall 2025 | |
| | **Satisfied by:** | - Liberty University | | | | |
| | UNC 3XX | *Unclassified (PLST 320) | C. | 3 | Fall 2025 | |
| | **Satisfied by:** | - Liberty University | | | | |

1

Exhibit X

1 of 7

Arthur Lee Hairston Sr.

521 West Race Street

Martinsburg West Virginia 25401

June 2025

Liberty University

1971 University Blvd,

Lynchburg, VA 24515

### Notice and Demand Letter

Based on the objective facts that I will list in this demand letter. It is clear that I have

been discriminated against. By Wills Trust and Estates taught by Nicolas Andrews and Family

law taught by Misty Dosio. It is a fact that up until Wills Trust and Estates; Family Law; and

Constitutional Law I had a 3.7 grade average In all classes. All three teachers are a part of the

Helms school of Law. I made straight A's and B's at Liberty.

I was retaliated against due to the fact that I filed 14 complaints. Before the above-

mentioned classes. Due to teachers in the Helms School of Law grading over and above, the

objective fact requested rubrics. The subjective statements made stating information should have

been added that was not requested violates fair notice equal protection and due process in

teaching.

By the use of subjectivity, no facts. Just what teachers feel. Over and above what the

objective rubric requested. After the above-mentioned classes. I exposed a false teaching in Wills

Trust and Estates. A blog written by Professor Chrisman. That states Medicare and Social

Security just might be the antithesis of the bible. See exhibit (1) Grades from Andrews a final

point total of 775 and exhibit (VI). See exhibit (2) from Dosio 664. All other classes at liberty

X 2 OF 7

point totals 800 or above. My writing style did not change I was retaliated against. I have printed

grade sheets from all other classes to prove the disparity in grading.

 God's word;

Matthew 25:31-46: **31** "When the Son of Man comes in his glory, and all the angels with him, he

will sit on his glorious throne. **32** All the nations will be gathered before him, and he will

separate the people one from another as a shepherd separates the sheep from the goats. **33** He

will put the sheep on his right and the goats on his left. **34** "Then the King will say to those on

his right, 'Come, you who are blessed by my Father; take your inheritance, the kingdom prepared

for you since the creation of the world. **35** For I was hungry and you gave me something to eat, I

was thirsty and you gave me something to drink, I was a stranger and you invited me in, **36** I

needed clothes and you clothed me, I was sick and you looked after me, I was in prison and you

came to visit me.' **37** "Then the righteous will answer him, 'Lord, when did we see you hungry

and feed you, or thirsty and give you something to drink? **38** When did we see you a stranger and

invite you in, or needing clothes and clothe you? **39** When did we see you sick or in prison and

go to visit you?' **40** "The King will reply, 'Truly I tell you, whatever you did for one of the least

of these brothers and sisters of mine, you did for me.' **41** "Then he will say to those on his left,

'Depart from me, you who are cursed, into the eternal fire prepared for the devil and his angels.

**42** For I was hungry and you gave me nothing to eat, I was thirsty and you gave me nothing to

drink, **43** I was a stranger and you did not invite me in, I needed clothes and you did not clothe

me, I was sick and in prison and you did not look after me.' **44** "They also will answer, 'Lord,

when did we see you hungry or thirsty or a stranger or needing clothes or sick or in prison, and

did not help you?' **45** "He will reply, 'Truly I tell you, whatever you did not do for one of the



least of these, you did not do for me.' **46** "Then they will go away to eternal punishment, but the righteous to eternal life."

It is clear that this teaching about Social Security and Medicare is patently false and a product of the Republican project 2025. Students must never be exposed to this type of teaching or retaliatory conduct. That was forced on students. Retaliation is illegal so is coercion in the form of intentionally giving inferior grades to an honor student. I have a plethora of other evidence.

### Department of Justice Section VIII- Proving Discrimination-Retaliation

*Title VI.*

*It is well-settled that Title VI supports retaliation claims. See, e.g., Peters v. Jenney, 327 F.3d 307, 318 (4th Cir. 2003); Chandamuri v. Georgetown Univ., 274 F. Supp. 2d 71, 83 (D.D.C. 2003); Gutierrez v. Wash. Dep't of Soc. & Health Servs., CV-04-3004-RHW, 2005 WL 2346956, at \*5 (E.D. Wash. Sept. 26, 2005). When a person reasonably believes that he or she has been the victim of discrimination that Title VI or other federal law prohibits.*

*__Title VI__ It is well-settled that neither an agency nor a court need find that the underlying conduct about which the individual complained is discriminatory in order for the retaliation protection to attach. Wyatt v. City of Boston, 35 F.3d 13, 15 (1st Cir. 1994) ("[T]here is nothing [in the wording of the participation clause] requiring that the charges be valid, nor even an implied requirement that they be reasonable."); accord Ray v. Ropes & Gray LLP, 961 F. Supp. 2d 344, 358 (D. Mass. 2013) (quoting Wyatt), aff'd, 799 F.3d 99 (1st Cir. 2015); Slagle v. Cty. of Clarion, 435 F.3d 262, 268 (3d Cir. 2006); Brower v. Runyon, 178 F.3d 1002, 1006 (8th Cir. 1999) ("The underlying charge need not be meritorious for related activity to be protected under*

*the participation clause.") (citing Filipovic v. K & R Express Sys., Inc., 176 F.3d 390, 398 (7th Cir. 1999)).*

**Title VI** *No recipient or other person shall intimidate, threaten, coerce, or discriminate against any individual for the purpose of interfering with any right or privilege secured by [Title VI], or because he has made a complaint, ect..*

Liberty University through Wesley Vorberger discriminated against me. In violation of the law concerning disabled students. The policy that Liberty U. has in place is violative of the principles of the constitution and the law. See exhibit (III) that shows my A paper was rejected for not even a day late. I am a disabled student veteran proven so to Liberty U and Vorberger at the time. But still even though the fact of this proof you Liberty and Vorberger refused to correct your obvious discrimination. See exhibit (IV) the actual grades transcript showing zero out of 220. That caused me to lose an A grade. Also see exhibit (III) the actual complaint made against Vorberger. ***The protections of Section 504 and Title II apply to people with disabilities.***

**Title II** *section 504 of the Rehabilitation Act of 1973 and other Federal statutes that prohibit discrimination on the basis of disability in the programs and activities of recipients of Federal financial assistance;*

It is abundantly clear by direct objective fact evidence. That Liberty U. and the office of Accommodations directly discriminated against me. As a student and a person with disabilities. In that accommodations were in place in the fall of 2024. That allowed written discussion assignments to be turned in late. When I applied for accommodations on October 4, 2024, all accommodations were in place. Then on October 24, 2024, Dosio informed me that I no longer could turn in discussion assignments late. Now at this point I had not at that time heard anything from the office of accommodations.

After that the office of accommodations sent out exhibit (V) with no date of generation just Fall 2024. The trouble with this is. Liberty as I explained in my complaint can apply the change to anyone going forward but me. Also, not to others who had a contract in place at the start of the fall of 2024. That stated, "extended time to turn in written assignments". Exhibit (V) was not a part of the original contract. If it were it would have been in the signed agreement. Applying an unsigned notice going forward violates 504 section II, peoples with disabilities. Also, 41 U.S.C. 6503 breach of contract. ***The protections of Section 504 and Title II apply to. people with disabilities. 41 U.S. Code § 6503 - Breach or violation of required contract terms.***

### REMEDY

I admit that I have (**agape**) love for Liberty and some of its teachers that are not named in this notice and demand letter. The ones named have violated my rights as a student first and foremost. Then Nicolas Andrews; Misty Dosio; and others, grading over and above the answered objective rubric. Then Libert U. and Wesley Vorbeger refused to apply Title II section 504 to a half a day late final assignment knowing it would hurt an honest disabled student veteran.

Then Liberty as a citizen Honorably Disabled American Veteran. Then as a believer in Jesus/God by teaching a patiently false doctrine. Then violating my right to the valid contract accommodations. I have had to transfer to another school. To get away from not being treated fairly. This has caused me great harm. I am having to stay in school longer. To attain my bachelor's degree. Being disabled and having to deal with the listed violations has caused me great harm as a black student honorably discharged USAF citizen veteran.

I ask that you correct these herein listed violations of my rights. That you have the three classes corrected in grade to the status consistent with my grades. Before Wills Trust and Estates and Family Law. That violated my right to be free from **retaliation under**

X 6 OF 7

**Title VI.** I ask that I receive the grade of A for my work as a disabled student veteran. On the final paper in constitutional law. The policy not to accept my paper knowing I was disabled at the time violates my rights I am and was totally disabled at the time of the late paper. Liberty policy violates the law that protects me from the Liberty policy. **Section 504** *Title II.*

For having to leave Liberty and lose credits. Having to stay in school longer. Due to the listed actions and violations and the harm, the actions listed caused. Very serious unlawful violations against me. As a verified disabled person. I ask to be made whole monetarily for the monies being spent. For the duplicitous credits I have to make up. And for the unnecessary harm caused. In an amount we can agree upon. There is a monetary amount involved.

The amount I am hoping will not have to be named in an official civil complaint. As I have not named one here. I will only say the cost of extra schooling is $22,000 due to the transfer. I state this fact as a notice to Liberty U.. My agape love for Liberty and some professors in the Helms School of Law and outside the Helms School is well documented. I have even built personal acquaintances with some. Outside the classroom sphere. I do not have an axe to grind against Liberty U. It is the fundamental student rights violations I take issue with.

The word of God teaches us as believers to first go to other believers before going to the worldly court. "If any of you has a dispute with another, do you dare to take it before the ungodly for judgment instead of before the Lord's people?" 1 Corinthians 6 (NIV).

To be fair I give Liberty U. 14 days to answer this Notice and Demand. The actions displayed by the teachers and departments listed are not Christ Like so therefore in essence I will not be filing a civil suit against believers if need be.

**ARTHUR LEE HAIRSTON SR**

X 7 OF 7

## SERVICE

I Arthur L. Hairston Sr., certifies that the original copy of this letter and all exhibits was sent to the Registrar Liberty University upon the address of Liberty University 1971 University Blvd, Lynchburg, VA 24515. By U.S. Certified Mail. Also, a copy was sent to Dondi E, Costin noncertified at the same address on 06/23/2025.

**ARTHUR LEE HAIRSTON SR**