Arthur Hairston
521 W Race St
Martinsburg, WV 25401



Retail

U.S. POSTAGE PAID
FCM LG ENV
MARTINSBURG, WV 2
DEC 05, 2025

UNITED STATES
POSTAL SERVICE®

24504

$0.00

RDC 99

R2305M149112-13

Clerk
District Court
Western District Of Virginia
Lynchburg ~~~ Court Street
Suite Alele Lynchburg VA ~~~
24504

1101